UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  CV 24-10418-KS  Date: August 14, 2025

Title   *Juan Deng et al.  v. Alejandro Mayorkas et al.*

Present: The Honorable:   Karen L. Stevenson, Chief United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff(s):         Attorneys Present for Defendant(s):

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO APPEAR FOR SCHEDULING CONFERENCE**

On August 14, 2025, Plaintiff's counsel Mr. George William Abbes failed to appear for the Scheduling Conference, did not request a continuance, and did not submit the required Joint Rule 26(f) Report.  In addition, Plaintiff commenced this action on December 1, 2024 (dkt. no. 1), some 256 days ago, but there is no indication that any defendant has ever been served as required under Federal Rule of Civil Procedure 4(m).

Accordingly, Mr. Abbes is **ORDERED TO SHOW CAUSE on or before August 21, 2025** as to why the Court should not dismiss this case for failure to prosecute and impose sanctions for the non-appearance.  Counsel may discharge the Order to Show Cause by providing a Response of no more than three (3) pages, signed under penalty of perjury, explaining the circumstances that prevented him from appearing for the Scheduling Conference and why this case should not be dismissed for failure to prosecute.  Alternatively, if Plaintiff no longer intends to pursue this action, Plaintiff's counsel may file a notice of voluntary dismissal on or before August 21, 2025.  **Failure to timely respond to this Order will result in an order for contempt of court and/or the imposition of monetary sanctions for failure to comply with a court order.**

**IT IS SO ORDERED**.

|  | : |
|---|---|
| **Initials of Preparer** | gr |